**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN KRATOM ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-02997-AHA |

**JOINT STATUS REPORT**

On September 4, 2026, the Court instructed Defendants to file a status report indicating their position on Plaintiff's request for an expedited briefing schedule, including whether Defendants oppose that request. In accordance with the Court's minute order, Defendants conferred with Plaintiff and have reached agreement on a proposed briefing schedule. Accordingly, the parties state as follows:

1. On August 26, 2026, Plaintiff filed suit before this Court seeking expedited consideration. Complaint ("Compl."), ECF No. 1. That same day, counsel for Plaintiff filed a similar suit on behalf of a different plaintiff in the District of Wyoming, with a nearly identical request for an expedited status conference. *See Martin Sales Inc., v. DEA, et al.*, No. 26-cv-00254, ECF No. 5 (D. Wy.). A status conference in that case has been set for September 10, 2026.[1]

2. In response to Plaintiff's Complaint, this Court instructed Plaintiff to file a status report indicating whether it intends to seek emergency relief. On August 27, 2026, Plaintiff filed

[1] Counsel for Plaintiff filed similar claims against the same defendants on behalf of a different plaintiff, with a similar request for expedited status conference, in the Central District of California. *See New Hope Botanicals, LLC v. DEA, et al.*, No. 5:26-cv-05022 (C.D. Cal.).

a status report requesting an expedited status conference with respect to Count I of its Complaint. Pl.'s Status Rep. Pursuant to Aug. 27, 2026, Order, ECF No. 5.

3. The Court denied Plaintiff's request for expedited status conference *sua sponte* and without prejudice and ordered Plaintiff to file "a proper motion for temporary restraining order or other appropriate relief by September 2, 2026." Minute Order (Aug. 27, 2026).

4. On September 2, 2026, Plaintiff filed a partial motion for summary judgment on Count I, along with a statement of material facts, three declarations, and a request for judicial notice. *See, e.g.*, Pl.'s Mot. for Summ. J., Decl. J., & Speedy Hr'g, ECF No. 8.

5. Upon review of Plaintiff's motion for partial summary judgment and declaratory relief, Defendants intend to file a combined opposition and cross-motion in response. Defendants submit that doing so would not only allow the Court to efficiently resolve Count I, but would likely necessitate an additional round of briefing between the parties. Thus, in light of the antecedent holiday weekend, the need for additional time for Defendants to prepare an adequate response (including the need to coordinate amongst necessary stakeholders within the Executive Branch), the complexity of the issues, and Defendants' proposal that cross-briefing would be appropriate here, the parties have reached agreement and respectfully submit that the Court should adopt the following briefing schedule, as set forth below.

| Event | Parties' Proposed Deadline[2] |
|---|---|
| Defendants' combined opposition and cross-motion | September 18, 2026 |
| Plaintiff's combined reply in support of partial summary judgment and opposition to Defendants' cross-motion | September 30, 2026[3] |
| Defendants' reply in support of cross-motion | October 7, 2026 |

6. In light of the parties' good-faith conferral, the parties respectfully request that the Court adopt the streamlined briefing schedule, as set forth above.

Dated: September 8, 2026

By: /s/ Gwendolyn C. Payton

KILPATRICK TOWNSEND &
STOCKTON LLP
Gwendolyn C. Payton (DC Bar No. WA0035)
John Neeleman (*pro hac vice* to be filed)
1420 5th Avenue, Suite 3700
Seattle, WA 98101
Telephone: (206) 467-9600
Facsimile: (206) 623-6793
gpayton@ktslaw.com
jneeleman@ktslaw.com

Eric B. Evans (*pro hac vice* to be filed)
1302 El Camino Real, Suite 175
Menlo Park, CA 94025
Telephone: (650) 326-2400
Facsimile: (650) 326-2422
eevans@ktslaw.com

Attorneys for Plaintiff
American Kratom Association

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

AMBER RICHER
Assistant Branch Director,
Federal Programs Branch

/s/ Sarah M. Suwanda
SARAH M. SUWANDA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel.: (202) 305-3196
E-mail: sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

[2] In light of the parties' agreement on a briefing schedule, Defendants will not rely on the slight delay in the now agreed-to and proposed briefing schedule for purposes of arguing that Plaintiff is not entitled to a speedy hearing under Rule 57. Defendants reserve the right to make that argument on different grounds.
[3] While not dispositive, undersigned counsel for Defendants notes for the Court's awareness that she will be unavailable from September 21–29, 2026, due to a longstanding personal engagement.